55 So.2d 924

## Ellie SHEPHERD v. Annie McREYNOLDS et al.

### 3 Div. 603.

Supreme Court of Alabama.
Dec. 20, 1951.

M. Ashley Dickerson, Montgomery, for appellant.

L. A. Sanderson, Montgomery, for appellees.

PER CURIAM.

Appeal dismissed.

53 So.2d 891

## Willie Mae SMITH v. CITY OF BIRMINGHAM.

### 6 Div. 281.

Supreme Court of Alabama.
June 14, 1951.

Rehearing Denied, June 30, 1951.

Geo. E. Trawick, Birmingham, for petitioner.

Chas. H. Brown, Birmingham, opposed.

LAWSON, Justice.

Petition of Willie Mae Smith for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Smith v. City of Birmingham, 53 So.2d 896.

Writ denied.

All the Justices concur.